NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAELA TROXELL,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D19-4571
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed September 4, 2020.

Appeal from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

Ita M. Neymotin, Regional Counsel,
Second District, and Pine Scott Price,
Assistant Regional Counsel, Punta
Gorda, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.